# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| JOHN GREGORY WASHINGTON EL | § | |
| | § | |
| *Plaintiff,* | § | Civil Action No. 4:25-cv-00050 |
| v. | § | Judge Mazzant/Judge Davis |
| | § | |
| MICHEAL DOUGLAS | § | |
| | § | |
| *Defendant.* | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On May 27, 2026, the Magistrate Judge entered a Report and Recommendation (Dkt. #11) that Defendant Micheal Douglas's (also referred to as "Michael Douglas") Motion to Dismiss (Dkt. #10) be granted and Plaintiff John Gregory Washington El's complaint (Dkt. #1) be dismissed without prejudice.

Having received the report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendant Douglas's Motion to Dismiss (Dkt. #10) is hereby **GRANTED.**

It is **FURTHER ORDERED** that Plaintiff's claims against Defendant Douglas are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

**SIGNED this 22nd day of June, 2026.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE